AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

LUIS H. RAMOS

**APPEARANCE**

Case Number: 04-30021-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America

I certify that I am admitted to practice in this court.

Date: 4/15/04

Signature: [signed]

Thomas J. O'Connor, Jr.       640433
Print Name                    Bar Number

1550 Main Street, Room 310
Address

Springfield          MA          01103
City                 State       Zip Code

(413) 785-0395          (413) 785-0394
Phone Number            Fax Number