UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 04-30021-MAP |
| ) | |
| LUIS H. RAMOS ) | |

GOVERNMENT'S MOTION TO UNSEAL
INDICTMENT

The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the defendant has been arrested, and that there is no further reason to keep the indictment sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Todd Newhouse
TODD E. NEWHOUSE
Assistant U.S. Attorney

Date: 7/25/07

ALLOWED.
Michael A. Ponsor USDJ
7.25.07