# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES

v.  **APPEARANCE**

LUIS H. RAMOS

Case Number: 04-CR-30021-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| July 25, 2007 | /s/ Todd E. Newhouse |
| Date | Signature |
| | Todd E. Newhouse    544457 |
| | Print Name    Bar Number |
| | 1550 Main St., Room #310 |
| | Address |
| | Springfield    MA    01103 |
| | City    State    Zip Code |
| | (413) 785-0235    (413) 785-0394 |
| | Phone Number    Fax Number |