AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

| UNITED STATES OF AMERICA V. BLADIMIER HERRERA | COMMITMENT TO ANOTHER DISTRICT |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 04-30021-MAP | | 07mag 1217 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
X Indictment    Information    Complaint    Other (specify)

charging a violation of  21  U.S.C. §  841(a)(1)

**DISTRICT OF OFFENSE**    MASSACHUSETTS

**DESCRIPTION OF CHARGES:** DISTRIBUTION OF HEROIN AND DISTRIBUTION OF COCAINE BASE, AIDING AND ABETTING

**CURRENT BOND STATUS:**

   Bail fixed at _____ and conditions were not met
   Government moved for detention and defendant detained after hearing in District of Arrest
   [X] Government moved for detention and defendant detained pending detention hearing in District of Offense
   Other (specify)  DEFT CONSENTS TO DETENTION AND REMOVAL AND WAIVES ID HEARING.

**Representation:** X Retained Own Counsel    Federal Defender Organization    CJA Attorney    None

**Interpreter Required?** No    xYes    Language: SPANISH

DISTRICT OF NEW YORK

TO: THE UNITED STATES MARSHAL

   You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

July 31, 2007
Date                                        United States Judge or Magistrate Judge
                                            MICHAEL H. DOLINGER

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
DEPUTY CLERK

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CRIMINAL DOCKET FOR CASE #: 1:07-mj-01217-UA All Defendants
# Internal Use Only

Case title: USA v. Herrera

Date Filed: 07/25/2007
Date Terminated: 07/31/2007

Assigned to: Judge Unassigned

**Defendant**

**Bladimier Herrera** (1)
*TERMINATED: 07/31/2007*
*also known as*
Luis H. Ramos (1)
*TERMINATED: 07/31/2007*

represented by **Ramon Wigwaldo Pagan, Jr.**
Law Office of Ramon W. Pagan
2116 Williamsbridge Road
New York, NY 10461-1598
718-993-1598
Fax: (718)-792-7645
Email: rpagan18@nyc.rr.com
*LEAD ATTORNEY*
*Designation: Retained*

A TRUE COPY
UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 21:841:DISTRIBUTION OF HEROIN AND DISTRIBUTION OF COCAINE BASE; 18:2: AIDING AND ABETTING. | |

**Plaintiff**

USA      represented by **Lee Renzin**
U.S. Attorney's Office, SDNY (St Andw's)
One St. Andrew's Plaza
New York, NY 10007
(212)637-2527
Email: lee.renzin@usdoj.gov
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2007 | | Arrest (Rule 5(c)(3)) of Bladimier Herrera. (gq) (Entered: 07/31/2007) |
| 07/25/2007 | 1 | RULE 5(c)(3) AFFIDAVIT (District of Massachusetts) of Louis Zeppetelli, Deputy United States Marshal, United States Marshals Service, as to Bladimier Herrera. (Signed by Judge Michael H. Dolinger on j7/25/2007) (gq) (Entered: 07/31/2007) |
| 07/25/2007 | 2 | NOTICE OF ATTORNEY APPEARANCE: Ramon Wigwaldo Pagan, Jr. appearing for Bladimier Herrera. (gq) (Entered: 07/31/2007) |
| 07/25/2007 | | Minute Entry for proceedings held before Judge Michael H. Dolinger :Initial Appearance as to Bladimier Herrera held on 7/25/2007. (gq) (Entered: 07/31/2007) |
| 07/25/2007 | | Minute Entry for proceedings held before Judge Michael H. Dolinger : Initial Appearance in Rule 5(c)(3) Proceedings as to Bladimier Herrera held on 7/25/2007. Deft appears with atty |

| | | |
|---|---|---|
| | | Ramon Pagan. AUSA Lee Renzin present for the gov't. Spanish interpreter present. Detention on consent without prejudice. Calendar for 8/6/07. Medical attention. (gq) (Entered: 07/31/2007) |
| 07/25/2007 | 3 | ORDER FOR MEDICAL ATTENTION as to Bladimier Herrera. (Signed by Judge Michael H. Dolinger on 7/25/2007)(gq) (Entered: 07/31/2007) |
| 07/31/2007 | 4 | ORDER OF REMOVAL from the U.S.D.C. Southern District of New York to the United States District Court - District of Massachusetts, as to Bladimier Herrera. (Signed by Judge Michael H. Dolinger on 7/31/2007)(gq) (Entered: 07/31/2007) |
| 07/31/2007 | | (Court only) ***Terminated defendant Bladimier Herrera. (gq) (Entered: 07/31/2007) |
| 07/31/2007 | | (Court only) ***Case Terminated as to Bladimier Herrera. (gq) (Entered: 07/31/2007) |
| 07/31/2007 | | RULE 5(c)(3) DOCUMENTS SENT as to Bladimier Herrera from the U.S.D.C. Southern District of New York to the United States District Court - District of Massachusetts. Sent original file along with documents numbered 1-4, certified copies of: Rule 5(c)(3) Documents, the docket sheet, and letter of acknowledgment, on 7/31/2007. (gq) (Entered: 07/31/2007) |

07 MAG 1217   ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA            :

    -v.-                            :    07 Mag. 

BLADIMIER HERRERA,                  :    RULE 5(c)(3) AFFIDAVIT
    a/k/a "Luis H. Ramos,"
                                    :

        Defendant.                  :

------------------------------------X

SOUTHERN DISTRICT OF NEW YORK, ss:

      Louis Zeppetelli, being duly sworn, deposes and says that he is Deputy United States Marshal with the United States Marshals Service (the "USMS"), and charges as follows:

      On or about April 14, 2004, the United States District Court for the District of Massachusetts issued a warrant for the arrest of "Luis H. Ramos" (the "Federal Warrant", attached as Exhibit A). The Federal Warrant was issued based upon an indictment (attached as Exhibit B) which charged "Luis H. Ramos" with distribution of heroin and distribution of cocaine base and aiding and abetting, in violation of Title 21, United States Code, 841(a)(1).

      I believe that BLADIMIER HERRERA, the defendant, who was arrested on July 24, 2007, in the Southern District of New York, is the same individual as the "Luis H. Ramos" who is wanted in the District of Massachusetts.

      The bases for my knowledge and for the foregoing charge are, in part, as follows:

      1.   I am a Deputy United States Marshal with the USMS, where I have been employed for a total of six years. Because this affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this affidavit each and every fact that I have learned relating to BLADIMIER HERRERA, the defendant. Where I report statements made by others, those statements are described in substance and in part, unless otherwise indicated.

      2.   In or about April 2007, I learned of the existence of the Federal Warrant.


UNITED STATES MAGISTRATE
FOR THE SOUTHERN DISTRICT OF N.Y.
_____ DEPUTY CLERK

3. A Deputy United States Marshal from the District of Massachusetts, who is the lead deputy on this matter, informed me that the true name of "Luis H. Ramos" is "Bladimier Herrera" and provided me with a photograph of "Luis H. Ramos."

4. On or about July 24, 2007, I and other law enforcement agents went to 242 East Tremont Avenue Apt. 4E, Bronx, New York, in an effort to locate and apprehend "Luis H. Ramos." An occupant in that apartment [the "Occupant"] confirmed that BLADIMIER HERRERA, the defendant, had lived in the apartment but no longer resided there. The Occupant advised me that HERRERA may be residing at 645 East 222nd Street, Bronx, New York, and provided me with a description of a car that HERRERA may be driving. The Occupant also provided me with recent photographs of HERRERA.

5. Later on July 24, 2007, I and other law enforcement agents went to 645 East 222nd Street, Bronx, New York in an effort to locate and apprehend BLADIMIER HERRERA, the defendant. We observed the car described by the Occupant driving past the building, and we conducted a car stop.

6. We removed BLADIMIER HERRERA, the defendant, from the driver's seat of that car. HERRERA stated that his name was "BLADIMIER HERRERA" and he indicated that he knew the reason for the car stop.

7. Based on my observations, BLADIMIER HERRERA, the defendant, appears to me to be the same person as the one in the photograph of "Luis H. Ramos" provided to be by another member of the USMS, as well as the same person as the one in the photographs provided to me by the Occupant.

7. For all the foregoing reasons, I believe that BLADIMIER HERRERA, the defendant, is "Luis H. Ramos," the individual named on the Federal Warrant.

      WHEREFORE, deponent respectfully requests that BLADIMIER HERRERA, the defendant, be bailed or imprisoned, as the case may be.

                                           Louis Zeppetelli
                                           Deputy United States Marshal

Sworn to before me this
25th day of July, 2007.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

IH-14

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA
        against

(Alias) Bladimier Herrera

                    Please PRINT Clearly
```

U.S. DISTRICT COURT FILED
JUL 25 2007
S.D. OF N.Y.

07 Mag / 217
DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO: **CLERK OF COURT S.D.N.Y.**

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

   1. [ ] CJA    2. [X] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [ ] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. _11_ YR. _78_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _NY_ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY
_Ramon Pagan_
Attorney for Defendant

Firm name if any
_8116 Williamsbridge Rd_
Street address
_Bx_  _NY_  _10461_
City    State    Zip
_718-993-1598_
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186

## DISPOSITION SHEET

**AUSA:** LEE RENZIN

**DATE OF ARREST:** 7/24
**TIME OF ARREST:** 7PM
☐ VOL. SURRENDER
☐ ON WRIT

**MAGISTRATE'S DOCKET NUMBER:** 07 MAG 1217
**TIME OF PRESENTMENT:** 5:10 PM

**PROCEEDING:** ☐ Rule 5  ☐ Rule 9  ☐ Rule 40  ☐ Detention Hearing  ☑ Other: R5(c)(3)

☑ **INTERPRETER NEEDED**  **LANGUAGE:** SPANISH

**DEFENDANT'S NAME:** BLADIMIER HERRERA
**COUNSEL'S NAME:** RAMON PAGAN   ☑ RETAINED  ☐ LEGAL AID  ☐ CJA

### BAIL DISPOSITION

☑ DETENTION ☑ ON CONSENT W/O PREJUDICE ☐ SEE DETENTION ORDER
☐ DETENTION HEARING SCHEDULED AT DEFENDANT'S REQUEST FOR _____
☐ AGREED BAIL PACKAGE
☐ $ _____ PRB
☐ _____ FRP
☐ $ _____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL ☐ STRICT PRETRIAL ☐ DRUG TESTING/TREATMENT
☐ HOME INCARCERATION ☐ HOME DETENTION ☐ CURFEW ☐ ELECTRONIC MONITORING:
   CONDITIONS: _____
☐ DEFENDANT TO BE RELEASED UPON FOLLOWING CONDITIONS:

REMAINING CONDITIONS TO BE MET BY _____
☐ OTHER:

Calendar for 8/6
Med Att'n

**FOR RULE 40 CASES:**
☐ ID HEARING WAIVED
☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING WAIVED
☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____   ☐ ON DEFENDANT'S CONSENT
COMMENTS AND ADDITIONAL PROCEEDINGS:

**DATE** 7/25/07

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

WHITE (ORIGINAL) - DEFENDANT'S FILE   PINK - U.S. ATTORNEY'S OFFICE   YELLOW - U.S. MARSHAL   GREEN - PRETRIAL SERVICES AGENCY
REV. (2001) IH - 2

IH-31



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312**

U.S. DISTRICT COURT FILED JUL 25 2007 S.D. OF N.Y.

**MEDICAL ATTENTION FORM**

DATE: 7/25/07

DEFENDANT: Bladrmier Herrera

DOCKET #: 07 Mag 1217

**TO THE WARDENS OF THE METROPOLITAN CORRECTIONAL CENTER,
THE METROPOLITAN DETENTION CENTER,
OR ANY OTHER DETENTION FACILITY:**

The above-named defendant has been remanded in lieu of bail at the time of his/her presentment before this Court. At that time, the following information requiring medical attention for the defendant was disclosed:

Asthma (needs inhaler)

_____ DEPUTY CLERK

_____
United States Magistrate Judge