UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                              )<br>)<br>)<br>LUIS H. RAMOS,                         )<br>            Defendant             ) | Criminal No. 04-30021-MAP |

INTERIM SCHEDULING ORDER
September 25, 2007

NEIMAN, C.M.J.

The following schedule was established at the initial Status Conference this day:

1. A final status conference will be held on December 13, 2007, at 2:00 p.m. in Courtroom III.

2. On or before the close of business, December 11, 2007, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
Chief Magistrate Judge