UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>LUIS H. RAMOS, )<br>       Defendant ) | Criminal No. 04-30021-MAP |

INTERIM STATUS REPORT
September 25, 2007

NEIMAN, C.M.J.

The court held an initial Status Conference this day and, in accord with Local Criminal Rule 116.5(B), reports as follows:

1. The court has established a schedule as outlined in the Interim Scheduling Order issued this day.

2. The parties are discussing a possible change of plea.

3. The court has set a final Status Conference for December 13, 2007.

4. As the parties assert in their status report and as further agreed this day, with which the court agrees, twenty-seven days will have run on the speedy trial clock as of December 13, 2007. An order of excludable delay shall issue.

5. There are no other matters to report relevant to the progress or resolution of the case.

                                        /s/   Kenneth P. Neiman
                                        KENNETH P. NEIMAN
                                        Chief Magistrate Judge