UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>)<br>v.        )<br>)<br>)<br>LUIS H. RAMOS,          )<br>          Defendant  ) | Criminal No. 04-30021-MAP |

FINAL STATUS REPORT
December 14, 2007

NEIMAN, U.S.M.J.

The court held a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. All discovery has been completed.

2. Defendant has decided to plead guilty. A change of plea hearing has been scheduled for February 7, 2008, at 2:30 a.m. in Courtroom I.

3. As set forth in their memorandum (Docket No. 19) and as further agreed at the status conference, the parties -- and the court -- agree that twenty-eight days will have run on the Speedy Trial clock as of February 7, 2008. An order of excludable delay shall issue.

4. There are no other matters relevant to the progress or resolution of the case.

    /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge