UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
vs. ) NO. 04-30021 MAP
)
LUIS H. RAMOS )

**MOTION TO ENLARGE THE TIME**
**FOR FILING OBJECTIONS TO PRESENTENCE REPORT**

    Now comes Luis Ramos, the defendant in the above entitled action, and moves this Honorable Court for an order enlarging the time within which to file objections to the Presentence Report.

    Counsel states he was unable to get an interpreter to go over the report with the defendant until recently.

    WHEREFORE, counsel for the defendant requests an additional two weeks to be able to file these objections on May 16, 2008.

Respectfully submitted,
THE DEFENDANT

BY: /s/ Vincent A. Bongiorni, Esq.
95 State Street, Ste 309
Springfield, MA. 01103
(413) 732-0222
BBO #049040

CERTIFICATE OF SERVICE

    I, Vincent A. Bongiorni, Esq., do hereby certify that I have served a copy of the foregoing via CM/ECF to the Assistant United States Attorney, Todd Newhouse, Esq., United States District Court, 1550 Main Street, Springfield, MA. 01103 this 30 day of April 2008.

/s/ Vincent A. Bongiorni